596 A.2d 784

**COMMONWEALTH of Pennsylvania**

v.

**Charles SIMMERS, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 6, 1991.

## ORDER

PER CURIAM.

PETITION GRANTED, Limited to Question I only and is to be consolidated with *Commonwealth v. Lisboy* 153 E.D. Appeal Docket 1990.

AND NOW, this 6th day of August, 1991, the Petition for Allowance of Appeal is granted, No. 118 E.D. Appeal Docket 1991, limited to the issue in *Commonwealth v. Lisboy,* No. 153 E.D. Appeal Docket 1990, and is consolidated therewith.